**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Darin William EWALT, Defendant— Appellant.**

**No. 04–30035.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

C. Ed Laws, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Robert Kelleher, Esq., Kelleher Law Office, Billings, MT, for Defendant–Appellant.

Before: FERNANDEZ, GRABER, and GOULD, Circuit Judges.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

**1.** *Sael* presented an asylum claim, not a claim for withholding of removal. 386 F.3d at 930 n. 10.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Darin William Ewalt appeals from his jury-trial conviction and sentence for conspiracy to manufacture, manufacturing, distribution of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, unlawful user or addict in possession of a firearm, in violation of 18 U.S.C. § 922(g)(3), and possession of a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ewalt has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Ewalt has not filed a pro se supplemental brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We vacate the sentence and remand for resentencing in light of *United States v. Booker,* —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005) and *United States v. Ameline,* No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is **AFFIRMED,** the sentence is **VACATED** and **REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).